UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Derek Potocki</u>

    v.                                    No. 07-fp-71

<u>Strafford County Department of Corrections,</u>
<u>Superintendent, et al.</u>

**ORDER GRANTING REQUEST TO**
**PROCEED IN FORMA PAUPERIS**

Plaintiff's request to proceed <u>in forma pauperis</u> is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned civil number 07-cv-71-SM.

**SO ORDERED.**

                                            /s/ James R. Muirhead
                                            James R. Muirhead
                                            United States Magistrate Judge

Date:  March 28, 2007

cc:    Derek Potocki, pro se