UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Derek Potocki

v.                                    Case No. 07-cv-71-SM

Strafford County Dept. of
Corrections, et al.


ORDER


I herewith approve the Report and Recommendation of Magistrate Judge

Muirhead dated September 12, 2007, no objection having been filed.   Plaintiff's

excessive force claim against defendant Pollared, the harassment claim against

defendant Derusha and the conditions of confinement claim against Dowaliby will

go forward.  Plaintiff's claim relating to defendant Dowaliby's failure to further

criminal prosecution of Pollared is hereby dismissed.

SO ORDERED.


October   3,   2007

Steven J. McAuliffe
Chief Judge


cc:    Derek Potocki, pro se